Colin W. LEATH et al.

v.

James T. McASSEY et al.

No. 81–630–M.P.

Supreme Court of Rhode Island.

June 25, 1982.

Asquith, Merolla, Anderson, Ryan & Wiley, Harry W. Asquith and Conrad M. Cutcliffe, Providence, for petitioner.

ORDER

The petition for writ of certiorari is denied as moot.

MURRAY and SHEA, JJ., did not participate.

Richard D. RUGGIERI

v.

Phillip M. LOWE et al.

No. 82–249–M.P.

Supreme Court of Rhode Island.

June 25, 1982.

Joseph J. McGair, Warwick, for plaintiff-respondent.

Carroll, Kelly & Murphy, S. Paul Ryan, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.

MURRAY and SHEA, JJ., did not participate.

The HOSPITAL TRUST LEASING COMPANY

v.

John H. NORBERG, Tax Administrator.

No. 82–276–M.P.

Supreme Court of Rhode Island.

July 1, 1982.

Edwards & Angell, Alfred S. Lombardi, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Charles E. Goldkamp, Legal Officer, Division of Taxation, North Kingstown, for respondent.

ORDER

The petition for writ of certiorari is granted.